UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT                          Case No. 24 – CV – 04232
------------------------------------------------------------------x

**Interlocutory Appeal**

Anonymous,

          Plaintiff,

-against-

Kimberly Wittmer, Dr. Linda Chen, Norah Ann Lovett,
Lucius Young New York City Department of Education (NYC DOE),

          Defendants.

------------------------------------------------------------------x

TO: The Honorable Appeals Court Justice

## BRIEF FOR PLAINTIFF-APPELLANT

## JURISDICTIONAL STATEMENT

The Supreme Court of the State of New York, County of New York, had original jurisdiction over this case, as Plaintiff's complaint raised both federal questions under Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act, as well as state law claims under the New York State Human Rights Law (NYSHRL) and the New York City Human Rights Law (NYCHRL). The New York State Supreme Court has concurrent jurisdiction over federal claims pursuant to the New York State Constitution, Article VI, Section 7(a), which grants the Supreme Court "general original jurisdiction in law and equity."

The United States District Court for the Southern District of New York would have had subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331, as Plaintiff's complaint raised federal questions. However, the removal of the case to federal court was procedurally improper due to the lack of unanimous consent from all defendants at the time of removal.